IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CV327 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GAIL J. CUMMINS a/k/a | ) | |
| Gail J. Warnock, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 14.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than **May 23, 2006**, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at **12:30 p.m. on May 30, 2006**, in Courtroom number 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

    Gail J. Cummins                          Robert C. Pratt
    a/k/a Gail J. Warnock               ---------------------
    --------------------------           Norfolk, NE  68701
    Norfolk, NE  68701

    Citifinancial, Inc.
    c/o CT Corp System
    301 S. 13th Street, Suite 500
    Lincoln, NE  68508

May 3, 2006_____ BY THE COURT:

                                                        *s/ Richard G. Kopf*
                                                        United States District Judge